IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LAMONT CHAMBERS, | No. C 12-4553 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| MATTHEW CATE, | |
| Respondents. | (Docket No. 2) |

    Petitioner, a state prisoner proceeding pro se, has filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. His prior petition, like the instant petition, challenged a conviction obtained in Santa Clara County Superior Court in 2002. The prior petition, *Chambers v. Horel*, No. 08-2775 MHP (PR), was dismissed as untimely. A certificate of appealability was denied by the United States Court of Appeals for the Ninth Circuit.

    A second or successive petition may not be filed in a federal district court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order. Leave to proceed in forma pauperis (docket number 2) is **GRANTED**.

//

//

1   Petitioner has failed to make a substantial showing that a reasonable jurist would find
2   the dismissal of his petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
3   Consequently, no certificate of appealability is warranted in this case.
4   The clerk shall enter judgment and close the file.
5   **IT IS SO ORDERED.**

6   Dated: October   25   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\CHAMBERS4553.SUC.wpd

2