United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LAMONT CHAMBERS,   No. C 12-4553 WHA (PR)

    Petitioner,   **JUDGMENT**

vs.

MATTHEW CATE,

    Respondents.
_____/

    Pursuant to the order dismissing this case, a judgment of dismissal is hereby entered in favor of respondent. Petitioner shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: October  25 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\CHAMBERS4553.JUD.wpd